**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| vs. | *   Criminal Case No. 22-096-CKK |
| **JOHN HINSHAW** | * |

**NOTICE OF APPEAL**

Notice is hereby given that the above-named defendant, John Hinshaw, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment imposed in this action as set forth in open court on May 14, 2024.

Counsel was appointed to represent the defendant pursuant to the Criminal Justice Act and requests that the filing fee be waived, and that he be appointed to the appeal on behalf of the defendant.

Respectfully submitted,

*Alfred Guillaume*
ALFRED GUILLAUME, Esq.
Law Offices of Alfred Guillaume III, LLC
1350 Connecticut Ave. NW, #308
Washington, D.C. 20036